UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

**FILED**

JAN 1 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

RE: **William MCFADDEN**
Docket Number: **2:06CR00486-01**
**REQUEST FOR DISCLOSURE OF**
**SUPERVISION INFORMATION**

Your Honor:

On January 5, 2006, the above-referenced offender was sentenced in the District of Nevada, Reno Division, for a violation of 18 USC 922(n) - Receipt of a Firearm by a Person Under Indictment, to five years probation and a $100 special assessment. Special conditions included: Home confinement with electronic monitoring for 10 months; Warrantless search; Shall not possess firearms; Substance abuse treatment and testing; 100 hours community service; No contact with known gang members. On July 19, 2006, the Court, with the consent of the offender, modified conditions to add a special mental health treatment condition. On December 11, 2006, jurisdiction was transferred to this district. This memorandum is to request that the Court authorize the probation officer to provide a written summary of the offender's conduct under supervision to the Yolo County Public Defender's Office which is representing the offender in violation proceedings in the Superior Court.

Prior to his conviction in federal court, the offender was convicted in Yolo County Superior Court of Felony Assault, Criminal Street Gang Activity, and Conspiracy to Possess Marijuana. He was placed on probation with a condition that he serve 180 days jail. He completed the jail term in September 2005 and the offender was released under Pretrial Services supervision until he was sentenced in the District of Nevada on January 5, 2006. Yolo County probation authorities later determined that while the offender was in local custody, he obtained gang tattoos on his forearms, in violation of his conditions of county probation. He was recently found in violation by the Superior Court which has scheduled a sentencing hearing on February 2, 2007. The offender's appointed counsel, a Deputy

**RE:   William MCFADDEN**
    Docket Number:  2:06CR00486-01
    <u>REQUEST FOR DISCLOSURE OF SUPERVISION INFORMATION</u>

Yolo County Public Defender, has requested a written summary of the offender's conduct during the past year under federal probation supervision. The probation officer recommends that the Court authorize this disclosure of this confidential information to provide the Superior Court with updated information regarding the offender's conduct in the community.

Respectfully submitted,

/s/   Kyriacos M. Simonidis (for)

**JOHN A. POGLINCO**
**Senior United States Probation Officer**

Dated:     January 10, 2007
           Sacramento, California
           JAP:jz


**REVIEWED BY:**    <u>/s/  Kyriacos M. Simonidis</u>
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

---

AGREE:  ✓                             DISAGREE: _____

_____              1-11-07
**GARLAND E. BURRELL, JR.**                    DATE
United States District Judge