```
                                                              FILED
                                                          March 4, 2009
         UNITED STATES DISTRICT COURT FOR THE          CLERK, US DISTRICT COURT
                                                        EASTERN DISTRICT OF
              EASTERN DISTRICT OF CALIFORNIA                 CALIFORNIA
                                                            DEPUTY CLERK
```

UNITED STATES OF AMERICA,    )
                             )    Case No. 2:06CR00486-01
    Plaintiff,       )
v.                           )    ORDER FOR RELEASE OF
                             )    PERSON IN CUSTODY
WILLIAM MCFADDEN,            )
                             )
    Defendant.       )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __WILLIAM MCFADDEN__ , Case No. __2:06CR00486-01__ , Charge __SUPERVISED RELEASE VIOLATION__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        ✔    (Other)     __Conditions as stated on the record.__

Issued at __Sacramento, CA__ on __March 4, 2009__ at __2:00 pm__ .

                By   /s/ Gregory G. Hollows
                     Gregory G. Hollows
                     United States Magistrate Judge

Copy 5 - Court