

FILED

SEP - 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    ) Case No. 2:06-CR-00486-GEB
            Plaintiff,              )
                                    )
     v.                             ) ORDER FOR RELEASE OF PERSON
                                    ) IN CUSTODY
WILLIAM MCFADDEN,                   )
                                    )
            Defendant.              )
_____)

TO: UNITED STATES MARSHAL:

   This is to authorize and direct you to release defendant William McFadden from custody as soon as this can be accomplished today.


   Issued at Sacramento, CA on September 3, 2010 at 11:30 am.


                            By _____
                               Garland E. Burrell Jr.
                               United States District Judge

1